DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

CLINTON PARKER JOHNSTON,

Appellant,

V.

SHERI JEANETTE JOHNSTON,

Appellee.

NO. 2D23-1885
————————————————

March 27, 2024

Appeal from the Circuit Court for Hillsborough County; G. Gregory Green, Judge.

Ralph P. Mangione of Burr & Forman, LLP, Tampa, for Appellant.

Eric R. Maier of Older, Lundy Koch & Martino, Tampa, for Appellee.


PER CURIAM.

　　Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.